UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                        Case No. 06-CR-41

KEVIN TAYLOR,

        Defendant.

_____

**ORDER**

On August 1, 2006, United States Magistrate Judge William E. Callahan, Jr. issued a recommendation that this court deny Kevin Taylor's ("Taylor") motion to suppress all items seized from 3118 N. 21st Street [Docket # 64], and grant Taylor's motion to suppress all items seized from 2024 E. Nash Street [Docket # 65]. Neither party has filed a timely objection to the recommendation as required by 28 U.S.C. § 636(b)(1) and Local Rule 72.3. Therefore, this court will adopt the recommendation and deny the defendant's motion to suppress all items seized from 3118 N. 21st Street, and grant the defendant's motion to suppress all items seized from 2024 E. Nash Street. *See United States v. Edwards,* 894 F. Supp. 340, 341 (E.D. Wis. 1995) (holding that in the absence of timely filed objections to the magistrate's recommendation, a *de novo* review of issues is not required). Accordingly,

-2-

**IT IS ORDERED** that Judge Callahan's August 1, 2006 Recommendation that Kevin Taylor's motion to suppress be denied be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that Kevin Taylor's motion to suppress [Docket #64] be and the same is hereby **DENIED;**

**IT IS FURTHER ORDERED** that Kevin Taylor's motion to suppress [Docket #65] be and the same is hereby **GRANTED.**

Dated at Milwaukee, Wisconsin this   27th   day of December, 2006.

BY THE COURT:

 s/ J. P. Stadtmueller
J. P. Stadtmueller
U.S. District Judge